

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 4 2008

January 31, 2008

BY HAND

Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

   Re: <u>U.S. v. One Black 2003 Lincoln Town Car</u>, 07 Civ. 9363
     (LTS)

Dear Judge Swain:

   The Government writes to request that the Court take the pre-trial conference in the above-captioned matter off the calendar for Friday, February 1, 2007. In addition to serving the potential claimants with the Complaint, the United States Marshal Service published notice of the Complaint on or about December 7, 2007. To date, the Government has not received any answers to the Complaint, nor have any potential claimants and/or their counsel contacted us.

   Accordingly, the Government is preparing a Motion and Proposed Order of Default Judgment, and expects to submit our papers to Your Honor next week. In light of these developments, we would ask that the pre-trial conference be taken off the Court's calendar, and we will timely advise the Court should any of the potential claimants respond to the Complaint.

*The conference is adjourned to a control date of June 13, 2008, at 10:00 AM.*

SO ORDERED.

/s/ Laura Taylor Swain  1 Feb 2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Rua M. Kelly
Rua M. Kelly
Assistant United States Attorney
(212) 637-2471