MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: RUA M. KELLY
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York  10007
Tel. (212) 637-2471

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,            :

                - v-                 :     NOTICE OF MOTION
                                           FOR DEFAULT JUDGMENT
ONE 2003 BLACK LINCOLN TOWN CAR,     :
                                           07 Civ. 9363 (LTS)
                Defendant in rem.    :

------------------------------------x


        PLEASE TAKE NOTICE that upon the accompanying

declaration of Rua M. Kelly, Assistant United States Attorney,

dated February 6, 2008, and the accompanying Clerk's

Certification, plaintiff United States of America by and through

its attorney, Michael J. Garcia, United States Attorney for the

Southern District of New York, hereby moves before the Honorable

Kimba M. Wood, United States District Judge, for an Order of

Default Judgment, pursuant to Rule 55(b)(2) of the Federal Rules

of Civil Procedure.

Dated:      New York, New York
            February 6, 2008

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              United States of America


            By:       _____
                              RUA M. KELLY
                              Assistant United States Attorney
                              One St. Andrews Plaza
                              New York, New York  10007
                              (212) 637-2471