USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

RECEIVED
FEB 07 2008
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

FEB 11 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: RUA M. KELLY
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2471

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :

        Plaintiff,                  :

        - v -                       :      <u>DEFAULT JUDGMENT</u>

                                    :      07 Civ. 9363 (LTS)

ONE 2003 BLACK LINCOLN TOWN CAR,    :

        Defendant-in-rem.           :
------------------------------------x

        WHEREAS, on or about October 18, 2007, the United States commenced a civil action for the forfeiture of the above-referenced defendant-in-rem, ONE 2003 BLACK LINCOLN TOWN CAR (the "subject property") by the filing of a verified complaint;

        WHEREAS, on October 29, 2007, a notice letter and a copy of the verified complaint were sent by certified mail, return receipt requested, to Lawrence M. Fischer, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and Jose A. Almanzar, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; notifying them that they may have an interest in this action, and of their right to file a claim and answer and contest the forfeiture;

        WHEREAS, the foregoing are the only persons known by the Government to have a potential interest in the subject property;

WHEREAS, notice of the verified complaint and <u>in rem</u> warrant against the subject property was published in the <u>New York Law Journal</u> on December 7, 2007, and proof of such publication was filed with the Clerk of this Court on February 5, 2008;

WHEREAS, no other claims or answers were filed or made in this action, and no other parties have appeared to contest the action to date, and requisite time periods have expired;

NOW THEREFORE, on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for the plaintiff United States of America, Rua M. Kelly of counsel;

IT IS HEREBY ORDERED that:

1. Plaintiff United States of America shall have judgment by default against the subject property.

2. The subject property shall be, and the same hereby is, forfeited to the plaintiff United States of America.

3. The United States Marshals Service shall dispose of the subject property, according to law.

Dated:   New York, New York
         February 11, 2008

SO ORDERED:

_____
HONORABLE JUDGE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____